(114 So. 926)

Cliff STUBBS v. STATE. (6 Div. 175.) Court of Appeals of Alabama. June 7, 1927. Rehearing Denied Oct. 4, 1927.

O. Kyle, Judge. W. E. James, of Cullman, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. No error is apparent on the record upon which this appeal is predicated. The appellant was convicted of a violation of the prohibition laws, and was only sentenced to hard labor for the county. There is no bill of exceptions in the transcript. Let the judgment of conviction in the circuit court, from which this appeal was taken, stand affirmed. Affirmed.

(114 So. 926)

Roosevelt STURKEY v. STATE. (6 Div. 270.) Court of Appeals of Alabama. Dec. 13, 1927.

John P. McCoy, Judge. RICE, J. Affirmed.

(118 So. 927)

John L. SULLIVAN v. STATE. (1 Div. 816.) Court of Appeals of Alabama. Nov. 20, 1928.

T. J. Bedsole, Judge. RICE, J. Affirmed.

(115 So. 926)

Stanton SWAFFORD v. STATE. (8 Div. 565). Court of Appeals of Alabama. Jan. 31, 1928.

O. Kyle, Judge. RICE, J. Appeal dismissed.

(117 So. 926)

Lucy E. SWIFT v. Ethel CONNELL. (6 Div. 275.) Court of Appeals of Alabama, April 26, 1928.

Joe C. Hail, Judge. W. Emmett Perry, of Birmingham, for appellant. Barber & Barber, of Birmingham, for appellee.

PER CURIAM. Affirmed by consent of parties for $250.

(116 So. 927)

Joe SWINNEY v. STATE. (8 Div. 671.) Court of Appeals of Alabama. March 13, 1928. Rehearing Denied April 3, 1928.

B. H. Sargent, Judge. Violating prohibition law. Stell & Quillin, of Russellville, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(114 So. 926)

Warren TANNER v. STATE. (1 Div. 737.) Court of Appeals of Alabama. Nov. 22, 1927.

Saffold Berney, Judge. RICE, J. Affirmed.

(114 So. 926)

Will TARBER v. STATE. (6 Div. 191.) Court of Appeals of Alabama. Dec. 20, 1927.

John P. McCoy, Judge.

BRICKEN, P. J. At the November, 1926, term of the Jefferson circuit court, this appellant was convicted of a felony, "buying, receiving, or concealing stolen property knowingly," etc. The court fixed his punishment at not less than five nor more than six years' imprisonment in the penitentiary. This appeal was taken from the judgment pronounced and entered. The appeal is upon the record proper. There is no bill of exceptions. This record appears regular in all respects, and, as no error is apparent, the judgment of conviction in the lower court will stand affirmed. Affirmed.

(113 So. 919)

Lee TAYLOR v. STATE. (7 Div. 346.) Court of Appeals of Alabama. June 7, 1927. Rehearing dismissed June 21, 1927.

W. W. Haralson, Judge. J. V. Curtis, of Ft. Payne, for appellant. Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted on a charge of grand larceny. There is no exception of merit disclosed in the record. There is no error in the record, and the judgment is affirmed.

(114 So. 926)

Bob, alias Robert, TAYLOR v. STATE. (4 Div. 258.) Court of Appeals of Alabama. May 24, 1927. Rehearing Denied June 21, 1927.

W. L. Parks, Judge.

Marcus J. Fletcher, of Andalusia, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.